07 AUG 16 PM 5: 11

CLERK - LAS CRUCES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
          Respondent,

v.                                              No. CIV 07-0326 RB/LCS
                                                CR  03-1133 RB

ANTHONY DAVID TEAGUE,
          Petitioner.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFD") filed July 24, 2007. (Doc. 8.) Counsel for the United States has not filed any objections to the PFD. Mr. Teague sent a letter to the Court on August 9, 2007 regarding his change of address. (Doc. 15.) The letter seems to be Mr. Teague's second response to an Order to Show Cause the Court entered on June 25, 2007. (*See* Docs. 11, 12.) While the August 9, 2007 letter does not appear to contain any objections specific to the PFD, I will construe it as Mr. Teague's objections in this matter. Pursuant to 28 U.S.C. § 636(b)(1), I have conducted a *de novo* review of the entire file and find any objections to be without merit.

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed July 24, 2007 (Doc. 14) are adopted by the Court.

A Judgment consistent with this Order shall be issued forthwith.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE